**STATE of Missouri, Respondent,**

v.

**Charles F. BENJAMIN, Appellant.**

No. 66682.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 1, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 25, 1995.

Application to Transfer Denied Nov. 21, 1995.

John E. Counts, Fenton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and PUDLOWSKI and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant, Charles F. Benjamin, appeals the judgment of conviction for the class A felony of murder in the first degree, in violation of § 565.020 RSMo 1994; one count of the class B felony of burglary in the first degree, in violation of § 569.160; one count of the class B felony of kidnapping, in violation of § 565.110; and one count of the class C felony of stealing, in violation of § 570.030.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).